Curtis A. Loub, #14787
GILLILAND & HAYES, P.A.
301 N. Main, Ste. 1300
Wichita, Kansas 67202-4813
(316) 264-7321



FILED
AT WICHITA, KS

MAR 30 2004

CLERK
U.S. Court of Bankruptcy
By_____ Deputy

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE: )
)
HERTZLER HALSTEAD HOSPITAL ) Case No. 02-13080-11
CORPORATION, a Kansas not for profit ) Chapter 11
corporation, )
        Debtor. )
_____)

## NOTICE OF WITHDRAWAL

COMES NOW Curtis A. Loub, of the law firm of Gilliland & Hayes, P.A., Wichita, Kansas, and notifies the Court of his withdrawal as counsel of record for creditor, Wesley Medical Center, LLC d/b/a Wesley Medical Center herein.

GILLILAND & HAYES, P.A.

_____
Curtis A. Loub, #14787
301 N. Main, Ste. 1300
Wichita, KS 67202
(316) 264-7321
Attorney for Wesley Medical Center

## ENTRY OF APPEARANCE

COMES NOW Keith D. Richey and hereby enters his appearance as attorney for creditor, Wesley Medical Center, LLC d/b/a Wesley Medical Center herein.

Dated this 30th day of March, 2004.

_____
Keith D. Richey, #09416
310 W. Central, Suite 214
Wichita, KS 67202
(316) 267-6800
Fax: (316) 267-6480
E-mail: kdrichey@swbell.net