IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

HERTZLER HALSTEAD              CASE NO. 02-13080
HOSPITAL CORPORATION,            CHAPTER 11

      Debtor.

## TRUSTEE'S OBJECTION TO CLAIM NO. 179
## OF Richard Maison & NOTICE THEREOF

**COMES NOW** the Trustee, W. Terrence Brown ("Trustee"), and objects to the proof of claim of the following creditor: **Claim No. 179 of Richard Maison** (the "Claim").

In support of his Objection, the Trustee alleges and states as follows:

1. Debtor filed its Chapter 11 petition on June 26, 2002 (the "Filing Date").

2. The Claim was filed as a priority unsecured claim pursuant to 11 USC § 507(a)(3).[1] Section 507(a)(3) permits as a priority unsecured claim amounts due for wages and vacation time earned by an employee of the Debtor in the 90 days prior to the Filing Date, up to a maximum amount of $4,650 (the "Maximum Priority Amount"). The Claim seeks allowance of an amount in excess of the Maximum Priority Amount as it seeks priority status for amounts due for vacation time earned more than 90 days prior to the Filing Date.

**3.** The Trustee objections to allowance of the Claim to the extent it that it seeks priority status for amounts in excess of the Maximum Priority Amount. **The Trustee requests that $1,071.08 be allowed as a priority unsecured claim and that the balance of the Claim, $1,253.90, be allowed as a general unsecured claim.**

---

[1] Section 507(a)(3) has been amended since the Filing Date. This Objection is based on the provisions of Section 507(a)(3) in effect on the Filing Date.

1

THEREFORE, the Trustee prays for an Order sustaining his Objection, and further prays for all other and proper relief.

**Notice is given** that if no response or request for a hearing of the Trustee's Objection is filed in writing with the Clerk of the United States Bankruptcy Court, 167 US Courthouse, 401 North Market, Wichita, Kansas 67202, on or before **FEBRUARY 4, 2008,** the Trustee's Objection will be sustained by an ex parte order to be submitted by the Trustee. **If a written response or request for a hearing is filed by February 4, 2008,** a **hearing will be held on FEBRUARY 14, 2008,** at **1:30 PM** before the United States Bankruptcy Court, 150 US Courthouse, 401 N. Market, Wichita, Kansas, 67602. No further notice of the above hearing will be given.

>  Respectfully submitted,
>  s/ Patricia E. Hamilton
>  Patricia E. Hamilton *(KS Bar #13263)*
>  100 SE 9th Street, 2nd Floor
>  P.O. Box 3555
>  Topeka, Kansas 66601-3555
>  (785) 232-2200
>  phamilton@hensonlawoffice.com
>  Counsel for Chapter 11 Trustee
>  W. Terrence Brown

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2008, a true and correct copy of the **Trustee's Objection to Claim** was electronically filed with the U.S. Bankruptcy Court of the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. Further, I certify that a copy of the **Trustee's Objection to Claim** was served by U.S. Mail, first class, postage prepaid and properly addressed to following party:

Richard Maison
4141 S Seneca, Apt 706
Wichita, Kansas 67217-4432

>  s/ Patricia E. Hamilton
>  Patricia E. Hamilton