Case Name: Hertzler Halstead Hospital Corporation
Case Number: 02-13080-11

# Chapter 11
# Monthly Reporting Affidavit
# For the Month of July 2009

1. Provide the following information regarding salaries/wages paid/due.
   Gross amount of executive salaries paid:

   | Name | Title | Amount |
   |------|-------|--------|
   | **NONE** | | |

   Gross amount of other wages paid: **$ 000.00**

   Were any wages/salaries due but unpaid for this current month?
   Yes _____    No __X__    If yes, provide the employee's name and title and amount due.

2. Provide the following information regarding taxes paid/due.

   Are all post-petition federal and state taxes paid or deposited for the period?
   Yes __X__    No _____

   Provide dollar detail of taxes for this period.

   | Type of tax | Amount due for Month | Ck.# | Taxes paid during Month Date | Amount |
   |-------------|----------------------|------|------------------------------|--------|
   | **July 2009 payroll taxes Fed** | $ 000.00 | N/A | N/A | N/A |
   | **July 2009 payroll taxes State** | $ 63.00 | #3899 | 07/06/09 | $ 63.00 |

   Attach photocopies of IRS from 6123 and similar receipt from the state taxing authority to verify the deposits or payments.

3. Does all insurance coverage remain in effect?    Yes __X__  No _____

   | Type | Carrier | Policy Number | Expiration Date |
   |------|---------|---------------|-----------------|
   | Workers Compensation | St. Paul/Travelers | 6KUB-7658B57709 | 5/16/10 |

Case Name: Hertzler Halstead Hospital Corporation
Case Number: 02-13080-11

# Chapter 11
# Monthly Reporting Affidavit
# For the Month of July, 2009

4. Does all required licenses remain in effect?  Yes __X__  No_____

      Description                 Renewal Date

   **Filed with initial filing**

5. List debts incurred, which have not been paid. (i.e., utility bills, repair bills, professional fees)

    Date Incurred        Creditor        Purpose        Amount

   **See attached Schedule C**

6. Check [x] that the following forms are attached:

| Form | |
|---|---|
| Receipts and Disbursements Statement | __X__ See Sch. D |
| Income Statement | __X__ See Sch. E |
| Balance Sheet (Quarterly only) | ___ See Sch. F |
| Copies of bank statements | __X__ See Sch. G |
| Form 6123 | ___ See Sch. H |
| Copy of Chapter 11 Quarterly Fee Payment Report (include for month during which fee is paid) | __X__ See Attached |

I (we) declare under penalty of perjury that this Report and attached information is true and correct to the best of my (our) knowledge and belief.

Dated: 9/16/09       Debtor: _[signature]_ TRUSTEE

                    Co-Debtor: _____

- This report must be signed by an individual having sufficient knowledge of the facts to make a truthful and full statement.
- If this is a joint petition, both husband and wife must sign.

Note: This Report and attached Statements are due for each calendar month period from the time of filing petition (first report will be for a short period) until the case is dismissed, converted or a plan is confirmed. The report is due the 15th of the month following the reporting period. (i.e., the January report is due February 15th)

Hertzler Halstead Hospital Corporation
Case Number: 02-13080-11
Schedule C
Item 5. Debts Incurred - Not Paid

Accrued Accounts Payable at 07/31/09 (see attached schedule)

Aged Payables at 07/31/09 (1 page attached)                                  5,356.25

       Total unpaid accounts payable at 07/31/09          $   5,356.25

# Hertzler Halstead Hospital Corp.
## Aged Payables
As of Jul 31, 2009

Filter Criteria includes: Report order is by Name. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Invoice/CM # | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| 0179<br>David K. Hamilton<br>913-980-1595 | 072009 | 893.75 | | | | 893.75 |
| 0179<br>David K. Hamilton | | 893.75 | | | | 893.75 |
| 0933<br>Stevens & Brand, L.L.P.<br>785-843-0811 | 432308<br>112861 | 580.00 | 3,760.00 | | | 3,760.00<br>580.00 |
| 0933<br>Stevens & Brand, L.L.P. | | 580.00 | 3,760.00 | | | 4,340.00 |
| 0180<br>W. Terrence Brown | 073109 | 122.50 | | | | 122.50 |
| 0180<br>W. Terrence Brown | | 122.50 | | | | 122.50 |
| Report Total | | 1,596.25 | 3,760.00 | | | 5,356.25 |

**Monthly Financial Statements and Supplemental Information**
*Schedule D- Statement of Receipts and Disbursements*

### Hertzler Halstead Hospital Corporation
### Statement of Receipts and Disbursements
### For Month Ending July 31, 2009

| | | |
|---|---:|---:|
| **Beginning Balance Cash** | $ | 24,027 |
|   Adjustments to beginning cash balance | | |
|   Receipts | | |
|   Amounts transferred as result of voiding payroll checks prior to transfer to court registry | | 1,522 |
|   Disbursements | | |
|     Regular | | (3,594) |
|     Payroll | | |
|     Payroll tax payments-Federal | | |
|     Bank charges and other | | 232 |
| **Ending Balance Cash** | $ | 22,187 |

| | | |
|---|---:|---:|
| Operating Acct. #1 | $ | (45) |
| Operating Acct. #2 | | 22,232 |
| Payroll Acct. #2 | | - |
| Money Market Acct. | | |
| B of A Escrow -Kitch/KOT | | |
| | $ | 22,187 |

# Hertzler Halstead Hospital Corp.
## Check Register
### For the Period From Jul 1, 2009 to Jul 31, 2009

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 3899 | 7/6/09 | Kansas Withholding Tax | 100007 | 63.00 |
| 3900 | 7/6/09 | W. Terrence Brown | 100007 | 2,030.00 |
| 3901 | 7/6/09 | Mike Benewait Estate | 100007 | 40.00 |
| 3902 | 7/20/09 | David K. Hamilton | 100007 | 500.00 |
| 3903 | 7/20/09 | Kansas Employment Security Fu | 100007 | 310.80 |
| 3904 | 7/27/09 | U. S. Trustee Program Payment C | 100007 | 650.00 |
| Total | | | | 3,593.80 |

## Hertzler Halstead Hospital Corp.
## Income Statement
## For the Seven Months Ending July 31, 2009

|  | Current Month |  | Year to Date |  |
|---|---:|---:|---:|---:|
| **Revenues** |  |  |  |  |
| Total Revenues | 0.00 | 0.00 | 0.00 | 0.00 |
| **Cost of Sales** |  |  |  |  |
| Total Cost of Sales | 0.00 | 0.00 | 0.00 | 0.00 |
| Gross Profit | 0.00 | 0.00 | 0.00 | 0.00 |
| **Expenses** |  |  |  |  |
| Admin/Gen-Office/Departmental | 0.00 | 0.00 | 276.62 | 0.00 |
| Admin/Gen-Copier Lease | 0.00 | 0.00 | 540.00 | 0.00 |
| Admin/Gen-Record Storage | 40.00 | 0.00 | 280.00 | 0.00 |
| Admin/Gen-Legal Fees | 1,230.00 | 0.00 | 12,369.24 | 0.00 |
| Admin/Gen-Trustee & Accnt Fees | 1,016.25 | 0.00 | 10,426.36 | 0.00 |
| Admin/Gen-Postage | 0.00 | 0.00 | 204.84 | 0.00 |
| Admin/Gen-Bank Svc Charges | <231.70> | 0.00 | 760.41 | 0.00 |
| Admin/Gen-Other Op Miscell | 0.00 | 0.00 | <318.75> | 0.00 |
| Admin/Emp Grp Hlth Ins Distrib | 0.00 | 0.00 | <5,954.42> | 0.00 |
| Insurance-Work Comp | 38.33 | 0.00 | 239.08 | 0.00 |
| Payroll Expense | 0.00 | 0.00 | 7,000.00 | 0.00 |
| Payroll Taxes -FICA | 0.00 | 0.00 | 535.50 | 0.00 |
| Payroll Taxes-Unemployment | 0.00 | 0.00 | 518.00 | 0.00 |
| Total Expenses | 2,092.88 | 0.00 | 26,876.88 | 0.00 |
| Net Income | <2,092.88> | 0.00 | <26,876.88> | 0.00 |

Schedule E

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS 75283-2406

```
Account Number       3755512015
01 01 152 01 M0000 E#        0
Last Statement:      06/30/2009
This Statement:      07/31/2009
```

Customer Service
1-877-757-8233

HERTZLER HALSTEAD HOSPITAL CORP.
DEBTOR-IN-POSSESSION 02-13080
OPERATING ACCOUNT C/O JOYCE STEIN
710 PINE STREET
HALSTEAD KS    67056

Page    1 of    2

Bankruptcy Case Number:0213080

Effective October 1, 2009, a pricing increase will occur for some services provided by Bank of America's Automated Account Service, Service on Line or service provided by a Customer Service Representative Assistance. The new price for statement and photocopy requests are $10.00 per item.
An additional $25.00 fee per occurrence is assessed for CSR Assistance when the service request is available through one of Bank of America's automated services. The fees will be debited from your account. If you are interested in learning more about our automated services, please contact your banking representative.

## CUSTOMER CONNECTION ECONOMY CHECKING

### Account Summary Information

```
Statement Period 07/01/2009 - 07/31/2009    Statement Beginning Balance      54.00
Number of Deposits/Credits             0    Amount of Deposits/Credits         .00
Number of Checks                       0    Amount of Checks                   .00
Number of Other Debits                 3    Amount of Other Debits           99.00
                                            Statement Ending Balance         45.00-

Number of Enclosures                   0
                                            Service Charge                   45.00
```

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/28 |   | 54.00 | Miscellaneous Debit Adjustment aaPWT-Book Transfer : | 02460001 5 |
| 07/28 | 1 | 30.00 | BOOK TRANSFER | 09939900 0 |
| 07/31 |   | 15.00 | Service Charge |   |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/30 | 54.00 | 54.00 | 07/31 | 45.00- | 45.00- |
| 07/28 | 30.00- | 30.00- |   |   |   |

Case 02-13080    Doc# 1355    Filed 09/22/09    Page 8 of 17

Herzler Halstead Hospital Corporation
Operating
Checking Account Reconciliation - Operating #1
Account Number: Bank of America #3755512015
For the Month Ended July 31, 2009

| **General Ledger** | | | **Bank** | | |
|---|---|---|---|---|---|
| Beginning Balance | $ | 54.00 | Balance | $ | (45.00) |
| Receipts | | | Deposits in Transit | | - |
| Cash Deposits | | - | | | |
| Credit Card Receipts | | - | | | - |
| Transfers from oper #2 | | - | | | |
| Checks Written | | - | | | |
| Miscellaneous | | | Outstanding Checks | | - |
| Bank Charges | | (45.00) | | | |
| Void old o/s checks | | - | | | |
| Federal Tax Deposit | | - | | | |
| Transfers to Oper #2 | | (54.00) | | | |
| Transfers Payroll | | - | | | |
| Transfers to Money Mkt | | - | | | |
| Ending Balance | $ | (45.00) | Ending Balance | $ | (45.00) |
| | | | | | - |

| Outstanding Checks | O/S |
|---|---|
| | $ - |
| | - |
| | - |
| Total outstanding | $ - |

TO: David Hamilton  COMPANY:

```
CUSTOMER CONNECTION                Account Number  3755516817
BANK OF AMERICA, N.A.              01 01 152 01 M0000 E#       8
DALLAS, TEXAS   75283-2406         Last Statement: 06/30/2009
                                   This Statement: 07/31/2009


                                   Customer Service
                                   1-877-757-8233

HERTZLER HALSTEAD HOSPITAL CORP.
DEBTOR-IN-POSSESSION#02-13080
OPERATING 2 ACCT C/O JOYCE STEIN   Page      1 of    3
710 PINE STREET
HALSTEAD KS  67056                 Bankruptcy Case Number:   0213080
```

Effective October 1, 2009, a pricing increase will occur for some services provided by Bank of America's Automated Account Service, Service on Line or service provided by a Customer Service Representative Assistance. The new price for statement and photocopy requests are $10.00 per item.
An additional $25.00 fee per occurrence is assessed for CSR Assistance when the service request is available through one of Bank of America's automated services. The fees will be debited from your account. If you are interested in learning more about our automated services, please contact your banking representative.

### CUSTOMER CONNECTION ECONOMY CHECKING

#### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 07/01/2009 - 07/31/2009 | | Statement Beginning Balance | 44,187.84 |
| Number of Deposits/Credits | 4 | Amount of Deposits/Credits | 2,034.07 |
| Number of Checks | 8 | Amount of Checks | 7,283.38 |
| Number of Other Debits | 2 | Amount of Other Debits | 104.68 |
| | | Statement Ending Balance | 38,833.85 |
| Number of Enclosures | 8 | | |
| | | Service Charge | .30 |

#### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/28 | | 54.00 | aaPWT-Book Transfer : | 02460001554 |
| 07/28 | | 76.98 | aaPWg-Book Transfer : | 02460001555 |
| 07/29 | | 381.38 | aaQAa-Analysis : REFUNDED APRIL, MAY & JUNE 09 ANALYSIS FEES | 02460001562 |
| 07/31 | | 1,521.71 | aaRPg-Book Transfer : IBT request to acct# 3755516 817 for 1521.71 . | 02460001424 |

#### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 3896 | 90.00 | 07/02 | 9692664574 | 3900 | 2,030.00 | 07/13 | 6792786407 |
| 3897 | 3,865.78 | 07/08 | 9092589323 | 3901 | 40.00 | 07/24 | 8592402185 |
| 3898 | 383.80 | 07/07 | 8892360638 | 3902 | 500.00 | 07/27 | 6292578086 |
| 3899 | 63.00 | 07/17 | 2092246989 | 3903 | 310.80 | 07/28 | 3192382041 |

TO: David Hamilton   COMPANY:

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number  3755516817
01 01 152 01 M0000 E#       8
Last Statement: 06/30/2009
This Statement: 07/31/2009

Customer Service
1-877-757-8233

HERTZLER HALSTEAD HOSPITAL CORP.

Page   2 of  3

Bankruptcy Case Number:   0213080

---

## CUSTOMER CONNECTION ECONOMY CHECKING

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/15 | | 104.38 | Account Analysis Fee ANALYSIS CHARGE JUNE BILLING FOR PARENT 14788-99999 | 08790023020 |
| 07/31 | | .30 | FDIC ASSESSMENT | |

**Daily Balances**

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/30 | 44,187.84 | 44,187.84 | 07/17 | 37,650.88 | 37,650.88 |
| 07/02 | 44,097.84 | 44,097.84 | 07/24 | 37,610.88 | 37,610.88 |
| 07/07 | 43,714.04 | 43,714.04 | 07/27 | 37,110.88 | 37,110.88 |
| 07/08 | 39,848.26 | 39,848.26 | 07/28 | 36,931.06 | 36,931.06 |
| 07/13 | 37,818.26 | 37,818.26 | 07/29 | 37,312.44 | 37,312.44 |
| 07/15 | 37,713.88 | 37,713.88 | 07/31 | 38,833.85 | 38,833.85 |

TO:David Hamilton   COMPANY:

```
CUSTOMER CONNECTION                      Account Number  3755516817
BANK OF AMERICA, N.A.                    01 01 152 01 M0000 E#      8
DALLAS, TEXAS   75283-2406               Last Statement: 06/30/2009
                                         This Statement: 07/31/2009


                                         Customer Service
                                         1-877-757-8233
HERTZLER HALSTEAD HOSPITAL CORP.

                                         Page       3 of    3

                                         Bankruptcy Case Number:   0213080
```

IMPORTANT INFORMATION

CHANGE OF ADDRESSPlease call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

TERMS AND CONDITIONSAll deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERSIf you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

Herzler Halstead Hospital Corporation
Operating
Checking Account Reconciliation - Operating #2
Account Number: Bank of America #3755516817
For the Month Ended July 31, 2009

| **General Ledger** | | | **Bank** | | |
|---|---:|---|---|---:|---:|
| Beginning Balance | $ 23,895.92 | | Balance | $ | 38,833.85 |
| Receipts | | | Deposits in Transit | | - |
| Cash Deposits | - | | | | - |
| Transfers from Money Market | - | | | | - |
| Transfers from Money Market #2 | - | | | | |
| Transfers from Oper #1 | 54.00 | | | | |
| Transfers from P/R #1 | 76.98 | | | | |
| Transfers from P/R #1 | 1,521.71 | | | | |
| Distribution Checks Written | - | | | | |
| Checks Written | (3,593.80) | | | | |
| Checks Voided | - | | | | |
| Refund of prior Bank Charges | 381.38 | | Outstanding Checks | | (16,602.34) |
| Bank Charges | (104.68) | | | | |
| Transfers to Payroll | | | | | |
| To Oper #1 | - | | | | |
| To PR #1 | - | | | | |
| Ending Balance | $ 22,231.51 | | Ending Balance | $ | 22,231.51 |

Outstanding Checks

| | | |
|---|---|---:|
| 2404 | 3/11/04 | $ 1.00 |
| 2474 | 3/29/04 | 25.00 |
| 3702 | 12/28/07 | 76.86 |
| 3816 | 9/12/08 | 217.74 |
| 3881 | 4/30/09 | 20.00 |
| 3882 | 4/30/09 | 10.00 |
| 3904 | 7/27/09 | 650.00 |

| | |
|---|---:|
| Employee Medical Outstanding | 14,977.59 |
| Vendor Distribution checks Outstanding | 624.15 |
| Total outstanding | $ 16,602.34 |

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number     3755516820
01 01 152 01 M0000 E#        0
Last Statement:    06/30/2009
This Statement:    07/31/2009

CLOSED

Customer Service
1-877-757-8233

HERTZLER HALSTEAD HOSPITAL CORP.
DEBTOR-IN-POSSESSION 02-13080
PAYROLL ACCOUNT 2 C/O JOYCE STEIN
710 PINE STREET
HALSTEAD KS   67056

Page     1 of    2

Bankruptcy Case Number:0213080

Effective October 1, 2009, a pricing increase will occur for some services provided by Bank of America's Automated Account Service, Service on Line or service provided by a Customer Service Representative Assistance. The new price for statement and photocopy requests are $10.00 per item.
An additional $25.00 fee per occurrence is assessed for CSR Assistance when the service request is available through one of Bank of America's automated services. The fees will be debited from your account. If you are interested in learning more about our automated services, please contact your banking representative.

## CUSTOMER CONNECTION ECONOMY CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 07/01/2009 - 07/31/2009 | Statement Beginning Balance | 1,598.69 |
| Number of Deposits/Credits           1 | Amount of Deposits/Credits | 30.00 |
| Number of Checks                     0 | Amount of Checks | .00 |
| Number of Other Debits               3 | Amount of Other Debits | 1,628.69 |
| | Statement Ending Balance | .00 |
| Number of Enclosures                 0 | | |
| | Service Charge | 30.00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/30 | | 30.00 | aaR4D-Adjustments : | 0246000141 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/28 | | 76.98 | Miscellaneous Debit Adjustment aaPWg-Book Transfer : | 0246000155 |
| 07/28 | 1 | 30.00 | BOOK TRANSFER | 0993990000 |
| 07/31 | | 1,521.71 | Miscellaneous Debit Adjustment aaRPg-Book Transfer : IBT request to acct# 3755516 817 for 1521.71 . | 0246000142 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/30 | 1,598.69 | 1,598.69 | 07/30 | 1,521.71 | 1,521.71 |
| 07/28 | 1,491.71 | 1,491.71 | 07/31 | .00 | .00 |

Case 02-13080   Doc# 1355   Filed 09/22/09   Page 14 of 17

# Herzler Halstead Hospital Corporation
## Payroll
### Payroll Account Reconciliation - Payroll #2
### Account Number: Bank of America #3755516820
### For the Month Ended July 31, 2009

| **General Ledger** | | | **Bank** | |
|---|---|---|---|---|
| Beginning Balance | $ | 76.98 | Balance | $ - |
| Receipts | | | Deposits in Transit | - |
|   Cash Deposits | | - | | |
|   Transfers from Oper #2 | | - | | |
|   Transfers from Oper #1 | | - | | |
| Checks Written | | - | | |
| Miscellaneous | | | Outstanding Checks | - |
|   Bank Charges | | - | | |
|   Transf to Operating #2 | | (76.98) | | |
|   Transf of outstanding checks | | (1,521.71) | | |
|   Void outstanding | | 1,521.71 | | |
| B of A reimbursement | | | | |
|   for clearing error ck #2047 | | - | | |
| Reissue ck#2047 to Lonni Goans | | - | | |
|   (see reissue ck# 2087) | | | | |
| Ending Balance | $ | - | Ending Balance | $ - |

### Outstanding Checks — O/S

| Ck No. | Ck Date | Amount |
|---|---|---|
| | | - |
| 2030 | 4/27/07 | 102.32 |
| 2038 | 4/27/07 | 79.65 |
| | | - |
| 2048 | 4/27/07 | 9.22 |
| 2055 | 4/27/07 | 1,003.10 |
| 2061 | 4/27/07 | 311.75 |
| PTO Distribution | 12/10/08 | 15.67 |
| | | - |
| Total Checks Outstanding | | $ 1,521.71 |

SCHEDULE G

| | | | | |
|---|---|---|---|---|
| Hertzler Halstead Hospital Corporation | | | | 3904 |
| 072709 | | 7/27/09 | 650.00 | 650.00 |

2nd quarter 2009

| | | | |
|---|---|---|---|
| 7/27/09 | 3904 | U. S. Trustee Program Payment Ctr | $650.00 |

**Hertzler Halstead Hospital Corporation**
Debtor-in-Possession #02-13080
Operating Account 2
328 Poplar
Halstead, KS 67056

**Bank of America**
Mc Pherson, KS 67460

32-1/1110

3904

DATE Jul 27, 2009
AMOUNT $ ******$650.00

Memo: 836-02-13080

PAY TO THE ORDER OF: Six Hundred Fifty and 00/100 Dollars

U. S. Trustee Program Payment Ctr
P. O. Box 198246
Atlanta, GA 30384-8246

AUTHORIZED SIGNATURE

⑈003904⑈ ⑆111000012⑆ 375 551 6817⑈

| | | | | |
|---|---|---|---|---|
| Hertzler Halstead Hospital Corporation | | | | 3904 |
| 072709 | | 7/27/09 | 650.00 | 650.00 |

| | | | |
|---|---|---|---|
| 7/27/09 | 3904 | U. S. Trustee Program Payment Ctr | $650.0 |

Hertzler Halstead Hospital Corporation  389

06/30/09          7/6/09          63.00

7/6/09      3899      Kansas Withholding Tax          $63

**Hertzler Halstead Hospital Corporation**
Debtor-in-Possession #02-13080
Operating Account 2
328 Poplar
Halstead, KS 67056                    3899


Mc Pherson, KS 67460                DATE

        321
        1110                  Jul 6, 2009
                              AMOUNT
                              $ *******$63.00

Memo:

PAY   Sixty-Three and 00/100 Dollars
TO THE
ORDER
OF:   Kansas Withholding Tax
      Kansas Department of Revenue
      915 SW Harrison Street
      Topeka, KS  66625-1000

                                    AUTHORIZED SIGNATURE

⑈003899⑈ ⑆111000012⑆ 375 551 6817⑈

---

Hertzler Halstead Hospital Corporation                    389

| KW-5 (Rev. 9/05) | **KANSAS WITHHOLDING TAX DEPOSIT REPORT** |
|---|---|

| Kansas Withholding Tax Account Number | Employer ID Number (EIN) |
|---|---|
| 036311694524F01 | |

| Filing Frequency | Pay Days Falling On and Between | Due Date |
|---|---|---|
| MONTHLY | JUN 2009 | 07/15/09 |

SIGN HERE  X        Date  / /    Daytime Phone

Business Name and/or Address change. Mark this box and complete the back of this form.

Name of Employer/Payor
THE HERTZLER HALSTEAD HOSPITAL

1. State Tax Withheld this Period         63.—
2. Credit Applied From __/__/__ (Date)
3. Net Amount         63.00
4. Penalty             5. Interest
6. TOTAL  $           63.00

Withholding Account Closed On:      Amended Return      Additional Return

5002090363116945240F013116945240M006010906300907150 9