RECEIVED
OCT 26 2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS (WICHITA)

| | |
|---|---|
| In re: ) | FILED AT WICHITA, KS |
| ) | |
| HERTZLER HALSTEAD ) Case No. 02-13080 | OCT 2 6 2009 |
| HOSPITAL CORPORATION, ) Chapter 11 | |
| ) | CLERK |
| Debtor. ) | U.S. Court of Bankruptcy |
| | By _____ Deputy |

## REPORT OF OUTSTANDING CHECKS

Patricia E. Hamilton, Counsel for Trustee of the above referenced bankruptcy, reports that the checks listed on the attached Exhibit 1 have been issued and mailed, but were either undeliverable, returned or more than 90 days has lapsed and said checks were not presented to the depository. Check number 3913 made payable to the United States Bankruptcy Court for deposit into the Court Registry Fund as unclaimed funds is being forwarded via first class mail to the Clerk of the United States Bankruptcy Court.

Respectfully submitted,
s/Patricia E. Hamilton
Patricia E. Hamilton, #13263
515 S. Kansas Avenue, Suite 200
Topeka, KS 66603
785-408-8000 phone; 408-8003 fax
phamilton@stevensbrand.com
Counsel for Trustee

UNITED STATES
BANKRUPTCY CT-KANSAS

   Wichita Division

# 00126605 - MB
October 26, 2009  0

Code    Case #    Qty    Amount
UNCLAIM 02-13080         17,474.85 CH
  Debtor - HERTZLER HOSPITAL

TOTAL#  17,474.85

FROM: HERTZLER HALSTEAD HOSPITAL
      DEBTOR IN POSSESSION
      328 POPLAR
      HALSTEAD KS 67056

# HERTZLER HALSTEAD HOSPITAL CORPORATION
## UNCASHED CHECKS

| CHECK # | CK DATE | AMOUNT | NAME | LAST KNOWN ADDRESS | | | TYPE OF CK | CKS NOT RETURNED |
|---|---|---|---|---|---|---|---|---|
| 2404 | 03/11/04 | 1.00 | Richard L Pennycuff | 10560 SW Dennett Rd | Augusta, KS 67010 | | Records Ref | * |
| 2474 | 03/29/04 | 25.00 | Bessie M Watson | 1820 "L" Street | Belleville, KS 66935 | | Records Ref | * |
| 3702 | 12/28/07 | 76.86 | Maeanna Regier | 917 North River Park Road | Burrton, KS 67020 | | Benefits | * |
| 3816 | 09/12/08 | 217.74 | PBGA, LLC-Tricare Refunds, Tricare for Life Cent Reg | PO Box 100281 | Columbia, SC 29202-3281 | | Refund | * |
| 3081 | 12/26/06 | 55.00 | Joseph O Aiyenowo & Great Plains Imaging | PO Box 48426 | Wichita, Ks 67201 | | Medical | * |
| 3083 | 12/26/06 | 40.98 | Joseph O Aiyenowo & Wesley Medical Center | PO Box 48426 | Wichita, Ks 67201 | | Medical | * |
| 3088 | 12/26/06 | 117.81 | Joseph O Aiyenowo & Script World LLC | PO Box 48426 | Wichita, Ks 67201 | | Medical | * |
| 3118 | 12/26/06 | 61.10 | Bob Born & Script World LLC | 315 N Sheridan | Wichita, KS 67203-5263 | | Medical | * |
| 3134 | 12/26/06 | 10.00 | Brenda L Cordero & George L Lucas MD | 802 S E 2nd | Newton, KS 67114 | | Medical | * |
| 3146 | 12/26/06 | 12.36 | Katherine Crawford & Kansas Pathology Consl | | Halstead, KS 67056 | | Medical | * |
| 3150 | 12/26/06 | 998.23 | Doyle D Detweiler & Newton Medical Center | 714 Spruce | Halstead, KS 67056 | | Medical | * |
| 3157 | 12/26/06 | 303.63 | Karen K Dirksen & Newton Medical Center | 400 West 2nd | Hillsboro, KS 67063 | | Medical | * |
| 3158 | 12/26/06 | 15.00 | Karen K Dirksen & Stephanie L Gibson, MD | 1671 Diamond Road | Hillsboro, KS 67063 | | Medical | * |
| 3159 | 12/26/06 | 54.10 | Karen K Dirksen & Script World LLC | 1671 Diamond Road | Hillsboro, KS 67063 | | Medical | * |
| 3173 | 12/26/06 | 22.49 | Marjorie Everoski & Script World LLC | 1424 West 8th | Newton, KS 67114 | | Medical | * |
| 3219 | 12/26/06 | 490.41 | Beth K Graham & Center for Same Day Sur | 16638 S W 48th | Halstead, KS 67056 | | Medical | * |
| 3229 | 12/26/06 | 20.00 | David E Hon & Cindy Elmer-Durr DO | #2 Highview Court | Newton, KS 67114 | | Medical | * |
| 3243 | 12/26/06 | 27.60 | Kristina A Humpert & WPM Path Lab Chartered | 108 1/2 East 14th | Newton, KS 67114 | | Medical | * |
| 3244 | 12/26/06 | 69.00 | Kristina A Humpert & John Welsh OD | 108 1/2 East 14th | Newton, KS 67114 | | Medical | * |
| 3245 | 12/26/06 | 10.00 | Kristina A Humpert & Steven G Sebree MD | 108 1/2 East 14th | Newton, KS 67114 | | Medical | * |
| 3259 | 12/26/06 | 1.20 | Susan Kitchenmaster & Script World LLC | 2490 Hibiscus Street | Sarasota, FL 34239 | | Medical | * |
| 3263 | 12/26/06 | 42.10 | Twila Koehn & McKesson Spec Pharmaceutic | 9106 S W 48th St | Halstead, KS 67056 | | Medical | * |
| 3268 | 12/26/06 | 520.00 | Richard E Maison & Radiology Enterprises Limited | 4141 S Seneca #706 | Wichita, KS 67217 | | Medical | * |
| 3272 | 12/26/06 | 1070.00 | Richard E Maison & Wendell P Doronio MD | 4141 S Seneca #706 | Wichita, KS 67217 | | Medical | * |
| 3273 | 12/26/06 | 330.00 | Richard E Maison & Kansas Imaging Consultants | 4141 S Seneca #706 | Wichita, KS 67217 | | Medical | * |
| 3274 | 12/26/06 | 6218.14 | Richard E Maison & Wesley Medical Center | 4141 S Seneca #706 | Wichita, KS 67217 | | Medical | * |
| 3275 | 12/26/06 | 3778.22 | Richard E Maison & Via Christi Riverside Med | 4141 S Seneca #706 | Wichita, KS 67217 | | Medical | * |
| 3277 | 12/26/06 | 286.00 | Richard E Maison & Wichita Radiologic Gp PA | 4141 S Seneca #706 | Wichita, Ks 67217 | | Medical | * |
| 3300 | 12/26/06 | 15.00 | Richard L Richey & Raghu Chaparala, MD | 3826 S Burmac Road | Burrton, KS 67020 | | Medical | * |
| 3303 | 12/26/06 | 95.00 | Kathleen D Robertson & Labcorp Holdings KC | 8425 Cottonwood Lane | Hesston, KS 67062 | | Medical | * |
| 3316 | 12/26/06 | 20.00 | Terri Schroeder & Ricardo F Patron MD | 322 Locust | Halstead, KS 67056 | | Medical | * |
| 3317 | 12/26/06 | 82.77 | Terri Schroeder & The Women's Place PA | 322 Locust | Halstead, KS 67056 | | Medical | * |
| 3318 | 12/26/06 | 178.26 | Terri Schroeder & Quest Diagnostics | 322 Locust | Halstead, KS 67056 | | Medical | * |
| 3348 | 12/26/06 | 23.19 | Helen K Tetrick & Wichita Spine Surgery LLC | 10 West 22nd Ave | Hutchinson, KS 67502 | | Medical | * |
| 3366 | 12/26/06 | 10.00 | Sharon A Wells & John C Robichaux, MD | 302 Locust | Halstead, KS 67056 | | Medical | * |
| 3416 | 12/26/06 | 95.00 | ADA Publishing Co, Inc | 211 East Chicago Ave | Chicago, IL 60611 | | Vendor pmt | * |
| 3467 | 03/23/07 | 516.05 | Jobs Plus-Med, Inc %Russell Fallis | 6 Chip Ct | Kissimmee, FL 34759 | | Vendor pmt | * |
| 3490 | 03/23/07 | 13.10 | RMA, Inc/NCO Financial Systems Inc | PO Box 185630 Dept 00 | Wilmington, DE 19850-9609 | | Vendor pmt | * |
| 2030 | 04/27/07 | 102.32 | Jerri Jo Pineda | 220 Santa Fe | Halstead, KS 67056 | | PTO | |



EXHIBIT 1

| | | | | | |
|---|---|---|---|---|---|
| 2038 | 04/27/07 | 79.65 | Katherine K Hyder | 505 A Cherry Lane | Newton, KS 67114 | PTO |
| 2048 | 04/27/07 | 9.22 | Lora Starks | 12817 East 30th | Buhler, KS 67522 | PTO |
| 2055 | 04/27/07 | 1003.10 | Michael Lambright | PO Box 71 | Arkansas City, KS 67005 | PTO |
| 2061 | 04/27/07 | 311.75 | Patricia Schmidt | 1418 NE 96th | Newton, KS 67114 | PTO |
| 2267 | 12/10/08 | 2.32 | Billie Kerr | 5055 N. Irving Dr | Wichita, KS 67219 | PTO |
| 2391 | 12/10/08 | 13.35 | Megan Hawbaker | 725 Westhaven | Newton, KS 67114 | PTO |
| 3881 | 04/30/09 | 20.00 | Zarchary J Murnahan | unknown-not sent out | | Medical |
| 3882 | 04/30/09 | 10.00 | Dominica E Walker | unknown-not sent out | | Medical |

17,474.05